UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81601-CIV-DIMITROULEAS

CHARLES HOLLAND,
NATALIE RESTREPO

    Plaintiffs,

vs.

AMANDA LINDROTH CORP.
A Florida Corporation,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the Joint Motion to Approve Settlement and Dismiss with Prejudice, filed on November 12, 2020. [DE 17] ("Joint Motion").

Having reviewed the relevant terms of the Settlement, the Court approves the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *See Lynn's Food Stores, Inc. v. U.S. Dep't. of Labor,* 679 F.2d 1350, 1355 (11th Cir.1982).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion [DE 17] is **GRANTED**;

2. The Parties' Settlement Agreement [DE 17-1] is hereby **APPROVED**;

3. This case is **DISMISSED WITH PREJUDICE.**

4. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of November, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record